016190

TRANSFERRED
PER 319.00 O.R.C.

10 SEP 14 AM 9:33

FEE_____ EXMPT ✓
LUWANNA A. DELANEY
GREENE COUNTY AUDITOR  3262

2010 SEP 15 AM 8:27
44.
ERIC C. SEARS
GREENE CO. RECORDER
XENIA, OH.

**DEED**
**LIMITED**

State of Ohio
Greene County

FHA Case No. 411-288532

**N10-39849-COL**

Know All Men By These Presents, That the Secretary of Housing and Urban Development (hereinafter referred to as "Grantor"), who acquired title by deed recorded as OR Volume 2990 Page 115, Recorder's Office Greene County, Ohio, for the consideration of $77,777.00 to him paid by Shonda Gilmore (hereinafter referred to as "grantee(s)", whose tax mailing address will be 3288 Ambassador Drive, Beavercreek, OH 45432 the receipt whereof is hereby acknowledged, hath granted, bargained, sold, aliened, eneoffed released and confirmed and by these presents doth grant, bargain, sell, alien, eneoff, release and confirm unto the Grantee(s), the following described property;

**SEE EXHIBIT A LEGAL DESCRIPTION ATTACHED HERETO**

Permanent Parcel No.: B42000500030019900
AKA: 3288 Ambassador Drive, Beavercreek, OH 45432

Being the same property acquired by the Grantor pursuant to the provisions of the National Housing Act, as amended (12 U.S.C. 1701) and the Department of Housing and Urban Development Act (42 U.S.C. 3531).

Subject To All covenants, restrictions, easements, conditions, and rights appearing of record; and Subject to any state of facts an accurate survey would show.

To Have And To Hold said premises, with the appurtenances thereunto belonging, to the said Grantee(s), and to the heirs and assigns of said Grantee(s), forever.

And The Said Grantor, and his successors, hereby covenants with the said Grantee(s), and the heirs and assigns of said Grantee(s), that said premises are free and clear from all encumbrances, whatsoever, by, from agreements, covenants and conditions of record; and Except any state of facts with which would be disclosed by an accurate survey of the premises herein conveyed.

Said Grantor, and his successors, hereby further covenants that said Grantor, and his successors, will Forever Warrant And Defend the same with the appurtenances thereunto belonging, unto said Grantee(s), and the heirs and assigns of said Grantee(s), against the lawful claims of all persons claiming by, from, through, or under the said Grantor herein.

In Witness Whereof, the undersigned on ____9/7/10____ has set his hand and said as Authorized Agent for and on behalf of the Secretary of Housing and Urban Development, under authority and by virtue of a delegation of authority published at 70FR 43171 (July 26,2005")

        **Secretary of Housing and Urban Development**

*Tiffany Garber* (Seal)
**Title: Designated Signatory for**
**National Home Management Solutions, LLC,**
**Marketing and Management Contractor Authorized Agent**

**State of Ohio**
**County of Cuyahoga**

Before me, the undersigned, a notary public in and for the State and County, personally appeared the above named ____Tiffany Garber____ known to me to be the Designated Signatory for Secretary Housing and Urban Development, and the person who executed the foregoing instrument bearing the date of ____9/7____, 20_10_, by virtue of the authority vested in him by the above cited authority, and acknowledged the signing therefore, and that such signing was freely and voluntarily performed, as his act and deed as Designated Signatory, for and on behalf of the Secretary of Housing and Urban Development, for the uses and purposes mentioned.

In testimony whereof, I have hereunto signed my name and affixed my official seal this __7th__ day of __September__, 20_10_.

*Cathy A Slis*
Notary Public

CATHY A. SLIS
NOTARY PUBLIC
STATE OF OHIO
Comm. Expires
April 21, 2013
Recorded in
Cuyahoga County

VOL 3056 PG 265

**EXHIBIT A**
**LEGAL DESCRIPTION**

File No. N10-39849-COL                               Parcel No. B42000500030019900

Situated in the City of Beavercreek, County of Greene, Ohio, and being Lot Numbered TWENTY THREE (23) Arlington East, Section Two as recorded in Plat Book "12", Pages 56 and 57 nka PC 33 Pg 124B-125A of the Plat Records of Greene County, Ohio.

Excepting the following described real estate which was an appropriation recorded in Volume 529, Page 508 and further described as follows:

Situated in the City of Beavercreek, County of Greene, Ohio and beginning at the northwest corner of said Arlington East, Section 2 and the southwest corner of Arlington East, Section 1 as recorded in Plat Book "12", Pages 44 and 45, both of the Plat Records of Greene County, Ohio; thence with the line common to Arlington East, Section 1 and Arlington East, Section 2, south 85 degrees 02 minutes 25 seconds east for 30.29 feet to an iron pin found at the northwest corner of Lot 19 of Arlington East, Section 2 and the southwest corner of Lot 18 of Arlington East, Section 1, said corner being in the east right of way line of North Fairfield Road ( County Road 9); thence with the east right of way line of North Fairfield Road (County Road 9), south 04 degrees 57 minutes 35 seconds west for 419.48 feet to an iron pin found at the northwest corner of said Lot 23 of Arlington East, Section 2, said corner being located 38.89 feet right of Station 48 plus 60.14 as shown in the above mentioned plans, said corner also being the TRUE POINT OF BEGINNING; thence with the north line of Lot 23, south 85 degrees 02 minutes 25 seconds east for 18.50 feet; thence leaving the north line of Lot 23, south 05 degrees 59 minutes 17 seconds west for 195.03 feet to a point on the south line of said Lot 23, said point being the point of curvature of a fillet curve; thence with said fillet curve, on a curve to the right with a radius of 15.00 feet for an arc distance of 23.56 feet, ( long chord bearing north 40 degrees 02 minutes 25 seconds west for 21.21 feet, central angle of said curve being 90 degrees 00 minutes 00 seconds) to an iron pin found at the point of tangency, said point being in the east right of way line of North Fairfield Road ( County Road 9); thence with the east right of way line of North Fairfield Road ( County Road 9), north 04 degrees 57 minutes 35 seconds east for 180.00 feet to the True Point of Beginning, containing 0.074 of an acre, more or less.

Owners retain rights of ingress and egress to and from any residual area to Ambassador Drive.

Also excepting the following:

Situated in the City of Beavercreek, County of Greene, State of Ohio and beginning at the northwest corner of said Arlington East, Section 2 and the southwest corner of Arlington east, Section 1 as recorded in Plat Book "12", Pages 44 and 45, both of the Plat Records of Greene County, Ohio; thence with the line common to Arlington East, Section 1 and Arlington East, Section 2, south 85 degrees 02 minutes 25 seconds east for 30.29 feet to an iron pin found at the northwest corner of Lot 19 of Arlington East, Section 2 and the southwest corner of Lot 18 of Arlington East, Section 1, said corner being in the east right of way line of North Fairfield Road (County Road 9); thence with the east right of way line of North Fairfield Road ( County Road 9), south 04 degrees 57 minutes 35 seconds west for 419.48 feet to an iron pin found at the northwest corner of said Lot 23 of

Arlington East, Section 2; thence with the north line of Lot 23, south 85 degrees 02 minutes 25 seconds east for 18.50 feet; thence leaving the north line of Lot 23, south 05 degrees 59 minutes 17 seconds west for 186.03 feet to the True Point of Beginning, said point being located 61.74 feet right of Station 46 plus 74.93 as shown in the above mentioned plans; thence south 85 degrees 02 minutes 25 seconds east for 22.84 feet; thence south 04 degrees 57 minutes 35 seconds west for 9.00 feet to a point in the south line of Lot 23 and the north right of way line of Ambassador Drive; thence with the north right of way line of Ambassador Drive, north 85 degrees 02 minutes 25 seconds west for 23.00 feet; thence leaving the north right of way line of Ambassador Drive, north 05 degrees 59 minutes 17 seconds east for 9.00 feet to the True Point of Beginning, containing 0.005 of an acre, more or less.

These descriptions are based on a survey made under the direction and supervision of Daryl L. Wells, Registered Surveyor No. 6932.

Said stations being the Station numbers as stipulated in the hereinbefore mentioned survey and as shown by plans on file in the Department of Transportation, Columbus, Ohio.

Description Check
Greene County Engineer's Tax Map Dept.
_X_ Legally Sufficient As Described
___ Legally Sufficient With Corrections Noted
___ Legally Insufficient. New Survey Required
By: _____
Date: 9/3/10
Par ID: Dist  B42  BK  5  PG  3  PAR  199

Midwest Title Company
8801 N Main St., Suite 203
Dayton, Ohio 45415

30710636

VOL 3056 PG 267

PREPARED BY: THE O'BRIEN LAW FIRM, LPA.,
6200 OAK TREE BLVD., SUITE 260
INDEPENDENCE, OHIO 44131
216-771-1272