EXHIBIT G
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO (DAYTON)

In re:                                              Case No. 19-31718

SHONDA GILMORE                                      Chapter 7

           Debtor.                                  Judge Guy Humphrey

RELIEF FROM STAY/ADEQUATE PROTECTION
EXHIBIT AND WORKSHEET – REAL ESTATE

Real Property which is the subject of this motion: 3288 Ambassador Drive, Beavercreek, OH 45432

DEBT / VALUE REPRESENTATIONS:
Total indebtedness of the debtors at the time of filing the
motion for relief from stay (not to be relied upon as a payoff quotation):    $176,637.12

Movant's estimated market value of the real property                          $136,170.00

Source of the estimated valuation:  County Auditor valuation.

STATEMENT OF ARREARAGE:
    (1)    As of petition filing date:                           $40,752.32

           Amounts paid after the date to
           be applied to the prepetition default:                 $0.00

    (2)    Post-petition:                                        $3,309.99

    (3)    Monthly payment amount:                               $999.96

    (4)    Date of Last Payment:                                 July 13, 2018

    (5)    Amount of Last Payment:                               $485.00

\# of payments due postpetition  3 (through 8/1/19)

\# of payments received postpetition 0

1

# of payments in default post-petition 3

Total amount of postpetition payments currently in default:   $3,309.99

    +    Postpetition late charges   $85.62
    +    Other Postpetition Arrearage   $0.00
    +    Total Postpetition Arrearage   $3,395.61

OTHER LOAN INFORMATION

    Date of the Loan:   April 2, 2012

    Current Interest Rate:   4.125%

Money paid to and held by the mortgagee but not applied to the loan N/A; if held in the form of checks, balance of such checks $0.00, and identity of holder of the checks N/A.

Worksheet Prepared By:

/s/ Matt McKelvey_____
Matthew McKelvey (#0074762)
Dinsmore & Shohl, LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
(513) 977-8200 phone
(513) 977-8141 fax
matt.mckelvey@dinsmore.com
Attorney for Movant